■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS T. KERSTEN, Appellant. [668 NYS2d 133] —Judgment unanimously affirmed (*see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Supreme Court, Erie County, Tills, J.—Assault, 2nd Degree.) Present—Pine, J. P., Hayes, Callahan, Doerr and Boehm, JJ.